UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SONIA ANDERSON, )<br>)<br>           Plaintiff, )<br>)<br>     vs. )<br>)<br>FAMILY SOCIAL SERVICES, )<br>)<br>           Defendant. ) | 1:05-cv-0183-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed**.

Date: 01/06/2006

*Sarah Evans Barker* (signature)
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Sonia Anderson
P.O. Box 33258
Indianapolis, IN  46203

Juliana Beth Pierce
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770